UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICK ANTHONY RIBBING,

    Plaintiff,

vs.                                                    Case No.: 3:22cv314-MCR-HTC

PENSACOLA INTERNATIONAL AIRPORT/ISS
 and PENSACOLA POLIC DEPARTMENT,

    Defendants.
                                           /

## **O R D E R**

The magistrate judge issued a Report and Recommendation on January 26, 2022 (ECF No. 5), recommending this case be dismissed *sua sponte* as malicious for Plaintiff's abuse of the judicial process and recommending injunctive sanctions be imposed. Plaintiff was furnished with a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this Order.

2. This case is dismissed as malicious for Plaintiff's abuse of the judicial process.

3. The clerk is directed not to accept any future filings from Plaintiff unless he is represented by counsel or upon obtaining prior leave of court to proceed *pro se*.

4. The clerk is directed to close this case file.

**DONE AND ORDERED** this 22nd day of April 2022.

_____

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv314-MCR-HTC